In the Matter of RANDY R. GRAVELLE, Appellant, v KATHRYN G. GRAVELLE, Respondent. [782 NYS2d 201]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, J.), entered June 5, 2002. The order, among other things, continued the sole custody of the parties' child with the father and visitation with the mother.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Scudder, J.P., Kehoe, Gorski and Hayes, JJ.